**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JANE CARR and DANIEL R. CARR,**

      Plaintiffs,

v.                                       **CASE NO. 3:04-cv-1190-J-16HTS**

**CRACKER BARREL OLD COUNTRY STORE, INC.,**

      Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Mediation Report submitted on July 14, 2005 (Doc #10). Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within thirty (30) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 19th day of July, 2005.

_____
JOHN H. MOORE II
United States District Judge

Copies to:
    Counsel of Record